IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSE M. DASS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 09-815 GMS-SRF |
| MICHAEL J. ASTRUE, | : |
| Defendant. | : |
| | : |

ORDER ADOPTING MAGISTRATE JUDGE'S
RECOMMENDATION ABSENT TIMELY OBJECTION

This Order is issued upon consideration of the Report and Recommendation of United States Magistrate Judge Sherry R. Fallon issued on March 18, 2013 (D.I. 26), and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been received.

Accordingly, it this ___17th___ day of June, 2013, by the United States District Court for the District of Delaware, ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 26) is hereby ADOPTED;

2. The plaintiff's Motion for Summary Judgment (D.I. 18) is hereby DENIED;

3. The defendant's Cross-Motion for Summary Judgment (D.I. 22) is hereby GRANTED;

4. Judgment is hereby entered in favor of the defendant and against the plaintiff; and

5. The Clerk is directed to CLOSE this case.

_____
CHIEF, UNITED STATES DISTRICT JUDGE